UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LEONDRAY KIRKLAND,

    Plaintiff,

v.                              Case No. 3:17cv424-RV-CJK

K. FRAME,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

On October 5, 2017, the court ordered plaintiff to file either a notice of voluntary dismissal or a second amended civil rights complaint within 30 days. (Doc. 12). Plaintiff failed to comply with the order within the allotted time. On November 8, 2017, the court ordered plaintiff to show cause within 14 days why this case should not be dismissed due to his failure to prosecute and/or failure to comply with an order of the court. (Doc. 14). Because plaintiff failed to respond to the show cause order within 14 days, the undersigned issued a report recommending that this case be dismissed without prejudice due to plaintiff's failure to prosecute and/or failure to comply with an order of the court. (Doc. 15).

Plaintiff, however, subsequently responded to the show cause order and requested a 30-day extension of time to file the second amended complaint. (Doc. 16). The undersigned, therefore, vacated the previous report and recommendation,

and gave plaintiff until January 5, 2018, to file the second amended complaint. (Doc. 17). Despite having over 3 months to submit the second amended complaint, plaintiff failed to do so. On January 9, 2018, the court again ordered plaintiff to show cause within 14 days why this case should not be dismissed due to his failure to prosecute and/or failure to comply with an order of the court. (Doc. 19). To date, plaintiff has not submitted the second amended complaint or responded to the January 9 show cause order.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE due to plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 25th day of January, 2018.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 3:17cv424-RV-CJK

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the Magistrate Judge and all other parties.  A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.